**UNITED STATES, Appellee,**

v.

**Ronell WILSON, AKA Rated R, Defendant–Appellant.**

**No. 13–3566–cr.**

United States Court of Appeals, Second Circuit.

June 25, 2014.

Celia Amy Cohen, United States Attorney's Office for the Eastern District of New York, Brooklyn, NY, for Appellee.

Barry Joseph Fisher, Federal Public Defender's Office, Albany, NY, Beverly H. Van Ness, Law Firm Of Beverly Van Ness, Cathleen Price, Esq., New York, NY, for Defendant–Appellant.

Present: DENNIS JACOBS, CHESTER J. STRAUB, CHRISTOPHER F. DRONEY, Circuit Judges.

We **REMAND** for the District Court to reconsider its decision that Wilson is not intellectually disabled, *United States v. Wilson*, 922 F.Supp.2d 334 (E.D.N.Y.2013), in light of *Hall v. Florida*, —— U.S. ——, 134 S.Ct. 1986, 188 L.Ed.2d 1007 (2014). The District Court should address whether it needs to consider evidence of Wilson's

adaptive deficits given Wilson's IQ scores. The District Court may consider any other issue it deems appropriate and conduct additional factfinding if warranted.

We express no opinion regarding how, if at all, *Hall* affects the District Court's original analysis. This remand is pursuant to the procedure outlined in *United States v. Jacobson,* 15 F.3d 19, 22 (2d Cir.1994).

Wilson's motion to stay the time to file a briefing schedule (Docket No. 39) is **DE-NIED AS MOOT.**